```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


ALEX LEVY                                    CIVIL ACTION

VERSUS                                       NO: 08-4418

MICHAEL SMITH, ET AL.                        SECTION: R
```

### ORDER

The Court, having reviewed *de novo* the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendations, and finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Magistrate Judge's Report and Recommendations and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's claims under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 20th day of October, 2008.

_____
           SARAH S. VANCE
    UNITED STATES DISTRICT JUDGE

-1-